Rapaport Law Firm, PLLC | Attorneys at Law | 80 Eighth Avenue | Suite 206 | New York, NY 10011 | Tel 212.382.1600 | Fax 212.382.0920 | www.rapaportlaw.com

# Rapaport Law Firm

Marc A. Rapaport*
Tel  (212) 382-1600
Fax (212) 382-0920
mrapaport@rapaportlaw.com

*Member NY & NJ Bars



MEMO ENDORSED

January 5, 2026

**BY ECF**

Hon. Katherine Polk Failla
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

> **Re:    Juan Artiles v. Chestnut Holdings of New York, Inc.**
> **Case No. 25-cv-08439 (KPF)(SDA)**

Dear Judge Failla:

We are counsel for plaintiff, Juan Artiles, in the above-referenced matter, which involves wage claims under the Fair Labor Standards Act and New York Labor Law.

We write jointly with counsel for Defendants to request a 10-day extension to January 15, 2026 of the deadline to submit a joint application for approval of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F. 3d 199 (2d Cir. 2015). The current deadline is today, January 5, 2025 (ECF No. 12). This is the first request for an extension of this deadline. The parties are finalizing a draft settlement agreement, but additional time is needed to address certain provisions therein and obtain the necessary client signatures. Should the Court grant the parties' request, the extension will not impact any other deadlines or scheduled appearances in this matter.

We appreciate the Court's attention to this request.

Respectfully yours,

*/s/ Marc A. Rapaport*

Marc A. Rapaport

cc: All Counsel of Record (via ECF)

Application GRANTED.  The Court hereby ADJOURNS *nunc pro tunc* the parties' deadline to submit their completed settlement agreement and joint fairness letter to on or before **January 15, 2026.**

The Clerk of Court is directed to terminate the pending motion at docket entry 14.

Dated:     January 6, 2026          SO ORDERED.
           New York, New York


HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE