Rapaport Law Firm, PLLC | Attorneys at Law | 80 Eighth Avenue | Suite 206 | New York, NY 10011 | Tel 212.382.1600 | Fax 212.382.0920 | www.rapaportlaw.com

# Rapaport
# Law Firm

Marc A. Rapaport*
Tel  (212) 382-1600
Fax (212) 382-0920
mrapaport@rapaportlaw.com

*Member NY & NJ Bars



January 15, 2026

**BY ECF**

Hon. Katherine Polk Failla
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

> **Re:    Juan Artiles v. Chestnut Holdings of New York, Inc.**
> **Case No. 25-cv-08439 (KPF)(SDA)**

Dear Judge Failla:

We are counsel for plaintiff, Juan Artiles, in the above-referenced matter, which involves wage claims under the Fair Labor Standards Act and New York Labor Law.

We write jointly with counsel for Defendants to request a 15-day extension, to January 30, 2026, of the deadline to submit a joint application for approval of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F. 3d 199 (2d Cir. 2015). The current deadline is today, January 15, 2025 (ECF No. 15). This is the parties' second request for an extension of this deadline. The parties' prior request for an extension was granted by the Court. The parties have continued their efforts to finalize a written settlement agreement. Additional time is needed to address remaining provisions and obtain the necessary client approvals and signatures. Should the Court grant the parties' request, the extension will not impact any other deadlines or scheduled appearances in this matter.

We appreciate the Court's attention to this request.

Respectfully yours,

*/s/ Marc A. Rapaport*

Marc A. Rapaport

cc: All Counsel of Record (via ECF)

Application GRANTED.  The Court hereby ADJOURNS *nunc pro tunc* the parties' deadline to submit their completed settlement agreement and joint fairness letter to on or before **January 30, 2026.**

The Clerk of Court is directed to terminate the pending motion at docket entry 16.

Dated:      January 16, 2026          SO ORDERED.
            New York, New York


                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE