

**GMM** | Gimigliano
Mauriello &
Maloney

**Joshua A. Druck**
**Direct Dial 973-946-8298**
**jdruck@lawgmm.com**



January 29, 2026

<u>VIA ECF</u>
The Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

> Re:    Juan Artiles v. Chestnut Holdings of New York, Inc., et ano.
>        <u>Case No.: 1:25-cv-08439 (KPF)</u>

Dear Judge Failla:

This firm represents defendants Chestnut Holdings of New York, Inc. and 975 S LLC in the above-referenced matter.  On consent of plaintiff Juan Artiles (collectively, the "Parties"), we respectfully request that the Court grant a 15-day extension through February 16, 2026 to submit a joint application for approval of the Parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F. 3d 199 (2d Cir. 2015).

The current date by which the Parties must submit the joint application is January 30, 2026.  The original due date was January 5, 2026.  The reason for the request is that the Parties have finalized all material terms of the settlement agreement but require additional time to finalize the joint application for approval.  The Parties have made two prior requests for extension and both requests were granted by the Court.

We thank the Court for its attention to this matter.

Respectfully,

*/s/ Joshua A. Druck*

Joshua A. Druck

cc: Marc A. Rapaport, Esq. (via ECF)

163 Madison Avenue, Suite 500 • P.O. Box 1449 • Morristown • New Jersey 07962-1449
T 973.946.8360 • F 973.946.8252

Application GRANTED. The Court hereby ADJOURNS *nunc pro tunc* the parties' deadline to submit their completed settlement agreement and joint fairness letter to on or before **February 16, 2026.**

The Clerk of Court is directed to terminate the pending motion at docket entry 18.

Dated:    February 2, 2026          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE